UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRANCE JOE QUINLAN,

                Plaintiff,

  v.

KING COUNTY,

                Defendant.

Case No. C22-902-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's complaint (dkt. # 6) and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 3rd day of November, 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 1